IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TROY TIDWELL                                                              PLAINTIFF

V.                          NO. 3:05CV00061 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                     DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum and Order entered this date. This case is hereby reversed and remanded for action consistent with the Court's opinion. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 26th day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE